PROSKAUER ROSE LLP
Gershom R. Smith
1585 Broadway
New York, NY 10036-8299
(212) 969-3751
(212) 969-2900 (fax)
gsmith@proskauer.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| MARYANN CERAMI, | : | |
| | : | |
| Plaintiff, | : | 07 CV 11296 (GBD) |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| THE EDUCATIONAL ALLIANCE, INC., | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Please enter the appearance of Gershom R. Smith, Esq. of Proskauer Rose LLP as counsel of record in this case for defendant, The Educational Alliance, Inc.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 19, 2008

Respectfully submitted,

*[signature]*

Gershom R. Smith
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3751
gsmith@proskauer.com
*Attorneys for Defendant*