PROSKAUER ROSE LLP
Jerold D. Jacobson
Gershom R. Smith
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
(212) 969-2900 (fax)
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MARYANN CERAMI,                          :
                                         :
                Plaintiff,    :  07 CV 11296 (GBD)
                                         :
    v.                                     :
                                         :  **STATEMENT PURSUANT TO**
                                         :  **RULE 7.1**
THE EDUCATIONAL ALLIANCE, INC.,          :
                                         :
                Defendant.    :
------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification and recusal, the undersigned attorneys of record for The Educational Alliance, Inc. certify that it has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Dated:     New York, New York
              February 19, 2008

                                                    By:  /s/ Gershom R. Smith
                                                             Jerold D. Jacobson
                                                              Gershom R. Smith
                                                              PROSKAUER ROSE LLP
                                                              1585 Broadway
                                                              New York, NY 10036-8299
                                                              Phone: (212) 969-3000
                                                              E-mail: gsmith@proskauer.com
                                                              *Attorneys for Defendant*