# LAURENCE J. LEBOWITZ & ASSOCIATES
### ATTORNEYS AT LAW
### 485 MADISON AVENUE - 15TH FLOOR
### NEW YORK, NEW YORK 10022
### PH. (212) 935-6020
### FAX: (212) 753-8101
### EMAIL: ATTYS@LJLASSOCIATES.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 17 2008

March 14, 2008

**SO ORDERED**

The conference is scheduled for
March 18, 2008 at 10:00 a.m.

*/s/ George B. Daniels*
**HON. GEORGE B. DANIELS**

MAR 17 2008

Via Facsimile and Regular Mail
(212) 805-6737

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Attention: Heather

Re:  Cerami v. The Educational Alliance, Inc.
     Dkt. No. 07 CV 11296 (GBD)

Dear Judge Daniels,

This firm is counsel to the Plaintiff, Maryann Cerami, in the above referenced matter. I was advised earlier today that you have scheduled a conference in this matter for Tuesday March 18th at 9:30 a.m.

I write to request that the conference be moved from 9:30 a.m. to 10 a.m. as I am presently scheduled to appear in the Surrogate's Court, New York County at 9:30 on March 18th to respond to a Citation in an accounting proceeding in which my client is the Petitioner.

Thank you in advance for your anticipated courtesy with respect hereto.

Yours truly,

*/s/ Laurence J. Lebowitz*
Laurence J. Lebowitz

cc:  Gershom R. Smith, Esq. via fax only