

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 2 2008

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Gershom R. Smith
Attorney at Law

Direct Dial 212.969.3751
gsmith@proskauer.com

July 2, 2008

**SO ORDERED**

By Fax (212-805-6737)

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

The conference is adjourned to September 11, 2008 at 9:30 a.m.

*[signature]*
HON. GEORGE B. DANIELS
JUL 0 2 2008

Re: *Maryann Cerami v. The Educational Alliance, Inc.* – 07 cv 11296 (GBD)

Dear Judge Daniels:

We are counsel to the Defendant in the above-referenced matter and are currently scheduled to attend a pretrial conference before Your Honor on July 8, 2008 at 9:30. On consent of all the parties, we respectfully request that this July 8th conference be adjourned for eight weeks, so that the parties may complete discovery and engage in settlement discussions. There have been no previous requests for adjournment of a pretrial conference in this matter.

Respectfully submitted,

*[signature]*

Gershom R. Smith

cc: Laurence Lebowitz, Esq.
Lebowitz & Associates
485 Madison Avenue, 15th Floor
New York, New York 10022
*Attorney for Plaintiff*

Jerold D. Jacobson, Esq.

**SO ORDERED**