USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 5 2008

# PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Gershom R. Smith
Attorney at Law

Direct Dial 212.969.3751
gsmith@proskauer.com

September 4, 2008

By Fax (212-805-6737)

Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: *Maryann Cerami v. The Educational Alliance, Inc.* – 07 cv 11296 (GBD)

Dear Judge Daniels:

We are counsel to the Defendant in the above-referenced matter and are currently scheduled to attend a pretrial conference before Your Honor on September 11, 2008 at 9:30. On consent of all the parties, we respectfully request that this conference be adjourned until October 16, 2008, so that the parties may engage in settlement discussions. One previous request for adjournment of a pretrial conference in this matter was granted.

Respectfully submitted,

Gershom R. Smith

cc: Laurence Lebowitz, Esq. (by e-mail)
*Attorney for Plaintiff*

Jerold D. Jacobson, Esq.

SO ORDERED SEP 0 5 2008

*George B. Daniels*

HON. GEORGE B. DANIELS